# United States District Court
## Southern District of Georgia

DEREK WARDLAW,

Plaintiff,

v.

ROBERT ADAMS, JR.,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:18-cv-41

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated August 1, 2019, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the case for failure to state a claim and denying Plaintiff's leave to appeal in forma pauperis.

Approved by: _____

August 9, 2019
*Date*

Scott L. Poff
*Clerk*

_____
*(By) Deputy Clerk*